**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00426-CV

---

### IN THE INTEREST OF R.E.C. AND C.A.C., CHILDREN

---

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51560-00**

---

## ORDER

The reporter's record in this case has not been filed. By letter dated May 4, 2015, we informed appellant that the court reporter notified us that the reporter's record had not been filed because appellant had either not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. On May 22, 2015, appellant informed the Court by letter that the record had been requested.

Accordingly, we **ORDER** Court Reporter Kimberly Tinsley to file, within **THIRTY DAYS** of the date of this order, either (1) the reporter's record, or (2) written verification that the reporter's record has not been paid for or that no payment arrangements have been made. We

caution appellant that if we receive verification that payment or payment arrangements have not been made, we will order the appeal submitted without the reporter's record and without further notice. *See* TEX. R. APP. P. 37.3(c).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE